**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Gregory Martin                                    CASE # 09-29889

☐ This document is plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months. In the event the Trustee does not collect the full 10% any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ __77.00__  for months __1__ to __60__;
  B.  $_____  for months _____ to _____;
  C.  $_____  for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00   TOTAL PAID $ 1,500.00
                Balance Due   $ 2,000.00   payable $ 50.00 /month (Months 1 to 40)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

1. See below                       Arrearage on Petition Date $_____
                                   Arrears Payment  $_____/month (Months _____ to _____)
                                   Regular Payment  $_____/month (Months _____ to _____)
                                   Arrears Payment  $_____/month (Months _____ to _____)

1. _____              Arrearage on Petition Date $_____
                                   Arrears Payment  $_____/month (Months _____ to _____)
                                   Regular Payment  $_____/month (Months _____ to _____)
                                   Arrears Payment  $_____/month (Months _____ to _____)

**IF YOU ARE A CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO br 7004 AND lr 3015-3.**

| Secured Creditor | Value Collateral | Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [defined in 507]

1. _____ Total Due $_____
                         Payable  $_____/month (months _____ to _____)

Unsecured Creditors: Pay $ __70.00__ /month (Months __41__ to __60__).
Unsecured Creditors: Pay $ __20.00__ /month (Months __1__ to __40__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Direct payment to Chasemanhattan Bank (acc# 415060020556) and (acc# 4651190075679). Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or tax refund increases, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims

I declare that the foregoing chapter 13 plan is true and correct.

_____       _____
Debtor                                        Signed by attorney with consent and authority of debtor